# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| VINCENT SICILIA | : | No. 287 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| API ROOFERS ADVANTAGE PROGRAM | : | |
| (WORKERS' COMPENSATION APPEAL | : | |
| BOARD) | : | |
| | : | |
| | : | |
| PETITION OF: API ROOFERS | : | |
| ADVANTAGE PROGRAM | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2023, the Petition for Allowance of Appeal is **GRANTED**.  The issues, as stated by Petitioner, are:

(1) Did the Commonwealth Court impermissibly expand the holdings in *Duffey v. WCAB (Trola-Dyne, Inc.)*, 152 A.3d 984 (Pa. 2017) . . . as to usurp the authority of the Workers' Compensation Judge to determine the nature and extent of the compensable injury?

(2) Did the Commonwealth Court err in reversing the Workers' Compensation Appeal Board by substituting [its] assessment of the credible testimony for that of the fact finder?